UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KEN PHILLIPS AND DR. KEN PHILLPS, INC.,<br><br>　　　　　　　Defendants. | NO:  CV-12-635-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80127-PCW11<br><br>ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS |

**BEFORE THE COURT** is the transmittal of an Order of Dismissal, ECF No. 19, entered in the bankruptcy court on September 12, 2013, Adv. Doc. No. 69. This Court construes the filing as a report and recommendation.  Having reviewed all relevant documents, the Court finds, pursuant to the report and

ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS ~ 1

recommendation, that dismissal is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

    1. The Report and Recommendation, **ECF No. 13**, is **ADOPTED**.

    2. This case is dismissed **with prejudice** and without costs to any party, and Proof of Claim No. 49 is disallowed in its entirety.

    3. Judgment shall be entered as dismissed, but not in favor of any one party.

    4. All pending motions are denied as moot, and any pending court dates are hereby stricken.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order, enter judgment accordingly, and provide copies to counsel and to Judge Patricia C. Williams, and **close** this case.

**DATED** this 19th day of September 2013.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge