# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

In Re: LLS AMERICA, LLC,                Debtor,
BRUCE P. KRIEGMAN, solely in his capacity as court-
appointed Chapter 11 Trustee for LLS America, LLC, )
*Plaintiff* )
v. )  Civil Action No.  CV-12-635-RMP
)
)
KEN PHILLIPS and DR. KEN PHILLIPS, INC., )

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This case is dismissed with prejudice and without costs to any party, and Proof of Claim No. 49 is disallowed in its entirety. Judgment of Dismissal is entered, but not in favor of any one party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: September 19, 2013                        *CLERK OF COURT*

                                                SEAN F. McAVOY

                                                s/ Linda Emerson
                                                *(By) Deputy Clerk*

                                                Linda Emerson